UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:17-30422
Chapter 13
Hon: OPPERMANN

David Merrill
                      Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Leduc Frank
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224

James Frego
23843 Joy Rd
Dearborn Heights, MI 48127
(313) 565-4252
_____/

## STIPULATION TO TERMINATE THE AUTOMATIC STAY

**IT IS HEREBY STIPULATED AND AGREED** between the parties herein, that the automatic stay shall be terminated as to Creditor, U Of M Credit Union, said creditor having a validly perfected interest in 2016 XLR 31fqsl Trailer.

Balance Owed: $42,635.26                          Market Value: $35,000.00

IT IS FURTHER STIPULATED that the parties agree to waive the provision of FRBP 4001(a)(3).

IT IS FURTHER STIPULATED that this Order shall be effective despite any conversion of the case to another chapter of Title 11 of the United States Bankruptcy Code.

Dated: May 2, 2017

__/s/Eric Mulka_____
Eric Mulka P73665
23843 Joy Rd
Dearborn Heights, MI 48127
(313) 565-4252

/s/ Christopher E. Frank
Christopher E. Frank (P67169)
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224
cfrank@theleducgroup.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No: 17-30422
Chapter 13
Hon: OPPERMANN

David Merrill

                Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Leduc Frank
Attorney for Creditor
P.O. Box 2188
Royal Oak, MI 48068
248-268-2224

Law office of James Frego
23843 Joy Rd
Dearborn Heights, MI 48127
(313) 565-4252
_____/

## ORDER TO TERMINATE THE AUTOMATIC STAY

IT IS HEREBY STIPULATED AND ORDERED between the parties herein, that the automatic stay shall be terminated as to Creditor, U Of M Credit Union, said creditor having a validly perfected interest in 2016 XLR 31fqsl Trailer.

IT IS FURTHER ORDERED that the parties agree to waive the provision of FRBP 4001(a)(3).

IT IS FURTHER ORDERED that this Order shall be effective despite any conversion of the case to another chapter of Title 11 of the United States Bankruptcy Code.

      Exhibit A