# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION -- FLINT

IN RE:  CASE NO: 17-30422
CHAPTER: 13
**DAVID & SASHELLE MERRILL**  HONORABLE: OPPERMAN

**Debtors**

## ORDER CONFIRMING PLAN

The Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. S1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Frego & Associates – The Bankruptcy Law Office, P.L.C., attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500.00 in fees and $ 0   in expenses and that the portion of such claim which has not already been paid, to-wit: $3,400.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. S502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

[X]  Automatic Stay as to the creditor, Steve & Carrie McFarland, as to the land contract on the real property located at 5920 Golf Club Rd, Howell, MI 48843 is hereby lifted.

Approved:

| | |
|---|---|
| /s/ Carl L. Bekofske | /s/ Eric P. Mulka |
| Carl L. Bekofske (P10645) | Eric P. Mulka P73665 |
| Standing Chapter 13 Trustee | Attorney for Debtor |
| 400 N. Saginaw St., Ste 331 | Frego & Associates – |
| Flint, Michigan 48502 | The Bankruptcy Law Office, P.L.C. |
| (810) 238-4675 | 23843 Joy Rd |
| confirmations@flint13.com | Dearborn Heights, MI 48127 |
| | (313) 724-5088 |
| | fregolaw@aol.com |

.

**Signed on May 31, 2017**

    **/s/ Daniel S. Opperman**
**Daniel S. Opperman**
**United States Bankruptcy Judge**